No. 78–1260. MOFFITT, UNITED STATES MARSHAL, ET AL. *v.* LOE. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 79–54. CITY OF LOS ANGELES ET AL. *v.* BLAKE ET AL. C. A. 9th Cir. Motion of Los Angeles Police Protective League for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 79–1018. DELAY *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 79–1247. BOARD OF TRADE OF CHICAGO *v.* COMMODITY FUTURES TRADING COMMISSION. C. A. 7th Cir. Motions of Mid-America Commodity Exchange et al., Coffee, Sugar & Cocoa Exchange, Inc., and Chicago Mercantile Exchange for leave to file briefs as *amici curiae* granted. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE POWELL would grant certiorari.

No. 79–1387. MINSON *v.* CHRYSLER CORP. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.